**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-00442-SKC

LEOBARDO BALDERAS RIVAS,

    Petitioner,

v.

JUAN BALTAZAR, in his official capacity as warden of the Denver Contract Detention Facility,
ROBERT GAUDIAN, in his official capacity as Field Office Director, Denver Field Office of U.S. Immigration and Customs Enforcement,
KRISTI NOEM, in her official capacity as Secretary of U.S. Department of Homeland Security,
TODD LYONS, in his official capacity as the Acting Director of U.S. Immigration and Customs Enforcement, and
PAM BONDI, in her official capacity as the Attorney General for the U.S. Department of Justice,

    Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Orders (ECF Nos. 15 and 17) entered by U.S. District Judge S. Kato Crews, it is

ORDERED that Petitioner's Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. 2241 [ECF 1] is GRANTED. It is

FURTHER ORDERED that should Petitioner's counsel seeks an award of attorney's fees, a separate motion for fees that complies with the Federal Rules of Civil Procedure and the Local Rules of Practice for this District must be filed. It is

FURTHER ORDERED that this case is closed.

DATED at Denver, Colorado, this 20th day of February, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: <u>s/C. Pearson, Deputy Clerk</u>